IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERRICK ANDERSON, GARY BASKETT, MARLON GRIGGS, DEMETRIA JACKSON, DANIEL SEALS, RANDEE HOLT, and BRANDIE CARVER , <br><br> Plaintiffs, <br><br> v. <br><br> OCTAPHARMA PLASMA INCORPORATED, CSL PLASMA INCORPORATED, IMMUNOTEK BIO CENTERS LLC, and BIOLIFE PLASMA SERVICES LP, <br><br> Defendants. | CIVIL ACTION NO. 3:19-CV-02311-D |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that he will appear as counsel of record for Defendant CSL Plasma Inc. in this case.

Dated:  October 28, 2019

Respectfully submitted,

*/s/ Bruce J. Douglas*
Bruce J. Douglas
TX 06039770
Ogletree, Deakins, Nash, Smoak & Stewart, P. C.
bruce.douglas@ogletree.com
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
612.336.6858
612.339.0061 (Fax)

AND

Ogletree, Deakins, Nash, Smoak & Stewart, P. C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225

ATTORNEYS FOR DEFENDANT
CSL PLASMA INCORPORATED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

D. BRADLEY KIZZIA
bkizzia@kjp11c.com
J. NICOLE WARD
nicole@kjp11c.com
KIZZIA JOHNSON PLLC
1910 Pacific Ave., Ste. 13000
Dallas, Texas 75201

                                */s/ Bruce J. Douglas*
                                Bruce J. Douglas

40458805.1